Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JUN 11 PM 2:27
CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ____ DEPUTY

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual,<br><br>    Plaintiffs,<br><br>v.<br><br>ZVI, INC. d.b.a. D Z AKINS; AKIN FAMILY TRUST, dated 05-15-95; AND DOES 1 THROUGH 10, Inclusive,<br><br>    Defendants. | SUMMONS IN A CIVIL ACTION<br>Case No.<br><br>'08 CV 1039 J AJB |

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

David C. Wakefield, Esq.
Michelle L. Wakefield, Esq.,
PINNOCK & WAKEFIELD, A.P.C.
3033 5th Ave, 410, San Diego, California 92103
Telephone: (619) 858-3671; Facsimile: (619) 858-3646

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                         JUN 11 2008
CLERK                                          DATE

By Deputy Clerk

Summons in a Civil Action
Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5,1999(11:34am)