WILLIAM A. MILLER, ESQ. (Bar No. 144637)
HIGGS, FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, California 92101
TEL: (619) 236-1551
FAX: (619) 696-1410

Attorneys for Defendants
ZVI, INC. dba D.Z. AKIN'S and
AKIN FAMILY TRUST (DATED 5-15-95)

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual,<br><br>Plaintiffs,<br><br>v.<br><br>ZVI, INC. d.b.a. D Z AKINS; AKIN FAMILY TRUST, dated 05-15-95; AND DOES 1 THROUGH 10, Inclusive,<br><br>Defendants. | CASE NO. 08 CV 1039 J (AJB)<br><br>**ANSWER OF DEFENDANTS ZVI, INC. dba D.Z. AKIN'S and AKIN FAMILY TRUST (DATED 5-15-95) TO PLAINTIFFS' COMPLAINT**<br><br>**REQUEST FOR JURY TRIAL**<br><br>CASE FILED: June 11, 2008<br>TRIAL DATE: No Date Set |

Defendants ZVI, INC. dba D.Z. AKIN'S and AKIN FAMILY TRUST (DATED 5-15-95) (hereinafter "Defendants"), and severing themselves from their co-defendants, answering for themselves alone, and answering the Complaint on file herein, admit, deny, and allege as follows:

1. In response to paragraph 1 of the Complaint, these answering defendants deny they, in the past, or presently, are engaging in discriminatory practices. These answering defendants admit that Plaintiffs attempt to assert legal claims, but otherwise deny each and every other allegation contained therein based on lack of information and belief.

2. In response to paragraph 2 of the Complaint, these answering defendants deny any alleged discrimination or discriminatory practices occurred on behalf of these answering defendants, and otherwise deny each and every other remaining allegation contained therein based on lack of information and belief.

3. In response to paragraph 3 of the Complaint, these answering defendants assert the allegations of Plaintiffs' Complaint speak for themselves, but these answering defendants deny any alleged discrimination or discriminatory practices occurred on behalf of these answering defendants, as well as deny each and every other remaining allegation contained therein based on lack of information and belief.

4. In response to paragraph 4 of the Complaint, these answering defendants admit that ZVI, Inc. is the owner, and is doing business as D.Z. Akin's, and that D.Z. Akin's is located at 6930 Alvarado Road, San Diego, California 92120. Defendants further admit that the Akin Family Trust (Dated 5-15-95) is the owner of the real property located at 6930-6940 Alvarado Road, San Diego, California 92120, and that the Akin Family Trust (Dated 5-15-95) can be located at 2155 David Way, Del Mar, California 92014. Defendants deny each and every other allegation contained therein based on lack of information and belief.

5. In response to paragraph 5 of the Complaint, these answering defendants admit Plaintiffs attempt to clarify certain allegations in the Complaint, but otherwise deny each and every other remaining allegation contained therein based on lack of information and belief.

6. In response to paragraph 6 of the Complaint, these answering defendants deny the allegations contained therein based on lack of information and belief.

7. In response to paragraph 7 of the Complaint, these answering defendants incorporate by this reference their responses to paragraph 4 of the Complaint, but otherwise deny each and every other remaining allegation contained therein based on lack of information and belief.

8. In response to paragraph 8 of the Complaint, these answering defendants deny the allegations contained therein based on lack of information and belief.

HIGGS, FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

865190.1

2

DEFENDANTS' ANSWER TO COMPLAINT
CASE NO. 08 CV 1039 J (AJB)

9. In response to paragraph 9 of the Complaint, these answering defendants deny any alleged discrimination or discriminatory practices occurred on behalf of these answering defendants, as well as deny each and every other remaining allegation contained therein based on lack of information and belief.

10. In response to paragraph 10 of the Complaint, these answering defendants deny any alleged discrimination or discriminatory practices occurred on behalf of these answering defendants, as well as deny each and every other remaining allegation contained therein based on lack of information and belief.

11. In response to paragraph 11 of the Complaint, these answering defendants deny any alleged discrimination or discriminatory practices occurred on behalf of these answering defendants, as well as deny each and every other remaining allegation contained therein based on lack of information and belief.

12. In response to paragraph 12 of the Complaint, these answering defendants admit there are exterior doors, and a shop that sells certain items inside of the premises. However, these answering defendants deny any alleged discrimination or discriminatory practices occurred on behalf of these answering defendants, and otherwise deny each and every other remaining allegation contained therein based on lack of information and belief.

13. In response to paragraph 13 of the Complaint, these answering defendants admit that customers can obtain service by taking a number, but these answering defendants deny any alleged discrimination or discriminatory practices occurred on behalf of these answering defendants, and otherwise deny each and every other remaining allegation contained therein based on lack of information and belief.

14. In response to paragraph 14 of the Complaint, these answering defendants deny any alleged discrimination or discriminatory practices occurred on behalf of these answering defendants, as well as deny each and every other remaining allegation contained therein based on lack of information and belief.

///

HIGGS, FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

865190.1

3

DEFENDANTS' ANSWER TO COMPLAINT
CASE NO. 08 CV 1039 J (AJB)

15. In response to paragraph 15 of the Complaint, these answering defendants assert that the allegations contained therein attempt to paraphrase the purported law, and require a legal and/or expert opinion. Furthermore, these answering defendants deny any alleged discrimination or discriminatory practices occurred on behalf of these answering defendants, and otherwise deny each and every other remaining allegation contained therein based on lack of information and belief.

16. In response to paragraph 16 of the Complaint, these answering defendants deny the allegations contained therein based on lack of information and belief.

17. In response to paragraph 17 of the Complaint, these answering defendants assert that the allegations contained therein attempt to paraphrase the purported law, and require a legal and/or expert opinion. Furthermore, these answering defendants deny any alleged discrimination or discriminatory practices occurred on behalf of these answering defendants, and otherwise deny each and every other remaining allegation contained therein based on lack of information and belief.

18. In response to paragraph 18 of the Complaint, these answering defendants deny any alleged discrimination or discriminatory practices occurred on behalf of these answering defendants, and otherwise deny each and every other remaining allegation contained therein based on lack of information and belief.

19. In response to paragraph 19 of the Complaint, these answering defendants assert that the allegations contained therein attempt to paraphrase the purported law, and require a legal and/or expert opinion. These allegations do not attempt to assert factual allegations, and accordingly these answering defendants deny each and every other allegation contained therein based on lack of information and belief.

20. In response to paragraph 20 of the Complaint, these answering defendants assert Plaintiffs attempt to refer to certain defendants as "Defendants." However, these answering defendants deny any alleged discrimination or discriminatory practices occurred on behalf of these answering defendants, and otherwise deny each and every other remaining allegation contained therein based on lack of information and belief.

HIGGS, FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

865190.1

4

DEFENDANTS' ANSWER TO COMPLAINT
CASE NO. 08 CV 1039 J (AJB)

21. In response to paragraph 21 of the Complaint, these answering defendants deny any alleged discrimination or discriminatory practices occurred on behalf of these answering defendants, and otherwise deny each and every other remaining allegation contained therein based on lack of information and belief.

22. In response to paragraph 22 of the Complaint, these answering defendants hereby refer to, and expressly incorporate by this reference, their previous responses to paragraphs 8 through 18 of the Complaint. These answering defendants further deny any alleged discrimination or discriminatory practices occurred on behalf of these answering defendants, and otherwise deny each and every other remaining allegation contained therein based on lack of information and belief.

23. In response to paragraph 23 of the Complaint, these answering defendants deny the allegations contained therein based on lack of information and belief.

24. In response to paragraph 24 of the Complaint, these answering defendants hereby refer to, and expressly incorporate by this reference, their previous responses to paragraphs 8 through 18 of the Complaint. These answering defendants further deny any alleged discrimination or discriminatory practices occurred on behalf of these answering defendants, and otherwise deny each and every other remaining allegation contained therein based on lack of information and belief.

25. In response to paragraph 25 of the Complaint, these answering defendants deny any alleged discrimination or discriminatory practices occurred on behalf of these answering defendants, and otherwise deny each and every other remaining allegation contained therein based on lack of information and belief.

26. In response to paragraph 26 of the Complaint, these answering defendants deny any alleged discrimination or discriminatory practices occurred on behalf of these answering defendants, and otherwise deny each and every other remaining allegation contained therein based on lack of information and belief.

///

Higgs, Fletcher & Mack LLP
Attorneys At Law
San Diego

865190.1

5

DEFENDANTS' ANSWER TO COMPLAINT
CASE NO. 08 CV 1039 J (AJB)

27. In response to paragraph 27 of the Complaint, these answering defendants deny any alleged discrimination or discriminatory practices occurred on behalf of these answering defendants, and otherwise deny each and every other remaining allegation contained therein based on lack of information and belief.

28. In response to paragraph 28 of the Complaint, these answering defendants hereby refer to, and expressly incorporate by this reference, their previous responses to paragraphs 8 through 18 of the Complaint. These allegations further attempt to paraphrase the purported law, and require a legal and/or expert opinion. Furthermore, these answering defendants deny any alleged discrimination or discriminatory practices occurred on behalf of these answering defendants, and otherwise deny each and every other remaining allegation contained therein based on lack of information and belief.

29. In response to paragraph 29 of the Complaint, these answering defendants hereby refer to, and expressly incorporate by this reference, their previous responses to paragraphs 8 through 18 of the Complaint. These allegations further attempt to paraphrase the purported law, and require a legal and/or expert opinion. Furthermore, these answering defendants deny any alleged discrimination or discriminatory practices occurred on behalf of these answering defendants, and otherwise deny each and every other remaining allegation contained therein based on lack of information and belief.

30. In response to paragraph 30 of the Complaint, these answering defendants hereby refer to, and expressly incorporate by this reference, their previous responses to paragraphs 8 through 18 of the Complaint. These allegations further attempt to paraphrase the purported law, and require a legal and/or expert opinion. Furthermore, these answering defendants deny any alleged discrimination or discriminatory practices occurred on behalf of these answering defendants, and otherwise deny each and every other remaining allegation contained therein based on lack of information and belief.

31. In response to paragraph 31 of the Complaint, these answering defendants admit that Plaintiffs attempt to pray for judgment and relief, but these answering defendants deny any alleged discrimination or discriminatory practices occurred on behalf of these answering

Higgs, Fletcher & Mack LLP
Attorneys At Law
San Diego

865190.1

6

DEFENDANTS' ANSWER TO COMPLAINT
CASE NO. 08 CV 1039 J (AJB)

defendants. These answering defendants otherwise deny each and every other remaining allegation contained therein based on lack of information and belief.

32. In response to paragraph 32 of the Complaint, these answering defendants hereby refer to, and expressly incorporate by this reference, their previous responses to paragraphs 8 through 18 of the Complaint. These answering defendants further deny any alleged discrimination or discriminatory practices occurred on behalf of these answering defendants, and otherwise deny each and every other remaining allegation contained therein based on lack of information and belief.

33. In response to Paragraph 33 of the Complaint, these answering defendants deny any alleged discrimination or discriminatory practices occurred on behalf of these answering defendants, and otherwise deny each and every other remaining allegation contained therein based on lack of information and belief.

34. In response to Paragraph 34 of the Complaint, these answering defendants hereby refer to, and expressly incorporate by this reference, their previous responses to paragraphs 8 through 18 of the Complaint. These allegations further attempt to paraphrase the purported law, and require a legal and/or expert opinion. Furthermore, these answering defendants deny any alleged discrimination or discriminatory practices occurred on behalf of these answering defendants, and otherwise deny each and every other remaining allegation contained therein based on lack of information and belief.

35. In response to Paragraph 35 of the Complaint, these answering defendants deny any alleged discrimination or discriminatory practices occurred on behalf of these answering defendants, and otherwise deny each and every other remaining allegation contained therein based on lack of information and belief.

36. In response to Paragraph 36 of the Complaint, these answering defendants hereby refer to, and expressly incorporate by this reference, their previous responses to paragraphs 8 through 18 of the Complaint. These allegations further attempt to paraphrase the purported law, and require a legal and/or expert opinion. Furthermore, these answering defendants deny any alleged discrimination or discriminatory practices occurred on behalf of these answering

HIGGS, FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

865190.1

7

DEFENDANTS' ANSWER TO COMPLAINT
CASE NO. 08 CV 1039 J (AJB)

defendants, and otherwise deny each and every other remaining allegation contained therein based on lack of information and belief.

37. In response to Paragraph 37 of the Complaint, these answering defendants admit that Plaintiffs attempt to pray for judgment and relief, but these answering defendants deny any alleged discrimination or discriminatory practices occurred on behalf of these answering defendants. These answering defendants otherwise deny each and every other remaining allegation contained therein based on lack of information and belief.

38. In response to Paragraph 38 of the Complaint, these answering defendants deny any alleged discrimination or discriminatory practices occurred on behalf of these answering defendants, and otherwise deny each and every other remaining allegation contained therein based on lack of information and belief.

39. In response to Paragraph 39 of the Complaint, these answering defendants deny any alleged discrimination or discriminatory practices occurred on behalf of these answering defendants, and otherwise deny each and every other remaining allegation contained therein based on lack of information and belief.

40. In response to Paragraph 40 of the Complaint, these answering defendants admit that Plaintiffs' attempt to pray for an award of treble damages, as well as other remedies, but these answering defendants deny any alleged discrimination or discriminatory practices occurred on behalf of these defendants. These answering defendants furthermore deny each and every other remaining allegation contained therein based on lack of information and belief.

41. In response to Paragraph 41 of the Complaint, these answering defendants admit that Plaintiffs attempt to pray for judgment and relief, but otherwise deny the allegations contained therein based on lack of information and belief.

///
///
///
///

Higgs, Fletcher & Mack LLP
Attorneys At Law
San Diego

865190.1

8

DEFENDANTS' ANSWER TO COMPLAINT
CASE NO. 08 CV 1039 J (AJB)

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

1. For a first and separate affirmative defense to the Complaint on file herein, and to each alleged cause of action set down therein, these answering defendants allege that the Complaint, and each purported cause of action therein, fails to state facts sufficient to constitute a cause of action against these answering defendants.

### SECOND AFFIRMATIVE DEFENSE

2. For a second and separate affirmative defense to the Complaint on file herein, and to each alleged cause of action set down therein, these answering defendants allege Plaintiffs did not exercise ordinary care, caution or prudence and the resultant alleged injuries and/or damages, if any, were legally contributed to and caused by Plaintiffs' careless and negligence, thus barring or diminishing Plaintiffs' recovery against these answering defendants.

### THIRD AFFIRMATIVE DEFENSE

3. For a third and separate affirmative defense to the Complaint on file herein, and to each alleged cause of action set down therein, these answering defendants allege that any alleged wrongful acts or deprivation of rights were legally caused by third parties other than these answering defendants, thus barring or diminishing Plaintiffs' recovery against these answering defendants. Additionally, these answering defendants would be entitled to contribution and/or indemnification from such third parties.

### FOURTH AFFIRMATIVE DEFENSE

4. For a fourth and separate affirmative defense to the Complaint on file herein, and to each alleged cause of action set down therein, these answering defendants assert that Plaintiffs' claims are barred by the statute of limitations.

### FIFTH AFFIRMATIVE DEFENSE

5. For a fifth and separate affirmative defense to the Complaint on file herein, and to each alleged cause of action set down therein, these answering defendants allege that Plaintiffs lack standing and/or are not members of the class intended to be protected by the applicable law and, accordingly, Plaintiffs' claims are barred.

HIGGS, FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

865190.1

9

DEFENDANTS' ANSWER TO COMPLAINT
CASE NO. 08 CV 1039 J (AJB)

## SIXTH AFFIRMATIVE DEFENSE

6. For a sixth and separate affirmative defense to the Complaint on file herein, and to each alleged cause of action set down therein, these answering defendants assert that Plaintiffs failed to mitigate their damages, if any, thus barring or diminishing Plaintiffs' recovery against these answering defendants.

## SEVENTH AFFIRMATIVE DEFENSE

7. For a seventh and separate affirmative defense to the Complaint on file herein, and to each alleged cause of action set down therein, these answering defendants assert that Plaintiffs' request for equitable relief is barred due to the doctrines of unclean hands and/or laches.

## EIGHTH AFFIRMATIVE DEFENSE

8. For an eighth and separate affirmative defense to the Complaint on file herein, and to each alleged cause of action set down therein, these answering defendants assert that Plaintiffs' claims for equitable remedies are barred due to the doctrine of waiver and/or estoppel.

## NINTH AFFIRMATIVE DEFENSE

9. For a ninth and separate affirmative defense to the Complaint on file herein, and to each alleged cause of action set down therein, these answering defendants assert, without admitting that they engaged in any of the acts or conduct attributed to them by the Complaint, that any of the alleged acts or conduct which may have been engaged in by these answering defendants were reasonable, justified, in good faith, privileged and/or for legitimate, non-discriminatory business reasons.

## TENTH AFFIRMATIVE DEFENSE

10. For a tenth and separate affirmative defense to the Complaint on file herein, and to each alleged cause of action set down therein, these answering defendants assert that any duty or obligation which Plaintiffs claim is owed by these answering defendants has been fully performed, satisfied and/or discharged.

///

///

### ELEVENTH AFFIRMATIVE DEFENSE

11. For an eleventh and separate affirmative defense to the Complaint on file herein, and to each alleged cause of action set down therein, these answering defendants allege that Plaintiffs' claims are barred by their failure to properly exhaust the appropriate remedies and/or perform the necessary conditions precedent.

### TWELFTH AFFIRMATIVE DEFENSE

12. For a twelfth and separate affirmative defense to the Complaint on file herein, and to each alleged cause of action set down therein, these answering defendants assert that Plaintiffs have failed to state a claim for injunctive and/or equitable relief.

### THIRTEENTH AFFIRMATIVE DEFENSE

13. For a thirteenth and separate affirmative defense to the Complaint on file herein, and to each alleged cause of action set down therein, these answering defendants assert that Plaintiffs' claims are moot.

### FOURTEENTH AFFIRMATIVE DEFENSE

14. For a fourteenth and separate affirmative defense to the Complaint on file herein, and to each alleged cause of action set down therein, these answering defendants' alleged acts were not arbitrary and intentional, and/or such alleged acts were in the furtherance of legitimate business interests and, accordingly, Plaintiffs' claims are barred.

### FIFTEENTH AFFIRMATIVE DEFENSE

15. For a fifteenth and separate affirmative defense to the Complaint on file herein, and to each alleged cause of action set down therein, these answering defendants asserts that their alleged policies and/or practices bear a reasonable relation to commercial objectives appropriate to an enterprise allegedly serving the public and, accordingly, Plaintiffs' claims are barred.

### SIXTEENTH AFFIRMATIVE DEFENSE

16. For a sixteenth and separate affirmative defense to the Complaint on file herein, and to each alleged cause of action set down therein, these answering defendants assert that they are not a business entity covered by the Unruh Act, Americans with Disabilities Act, or the other statutes referenced by Plaintiffs in their Complaint and, accordingly, Plaintiffs' claims are barred

Higgs, Fletcher & Mack LLP
Attorneys At Law
San Diego

865190.1

11

DEFENDANTS' ANSWER TO COMPLAINT
CASE NO. 08 CV 1039 J (AJB)

as to these answering defendants.

## SEVENTEENTH AFFIRMATIVE DEFENSE

17. For a seventeenth and separate affirmative defense to the Complaint on file herein, and to each alleged cause of action set down therein, these answering defendants assert their alleged actions and/or inaction are based on their exercise of constitutionally protected rights, under both the United States and California Constitutions. As a result, Plaintiffs are not entitled to the relief requested in the Complaint.

## EIGHTEENTH AFFIRMATIVE DEFENSE

18. For an eighteenth and separate affirmative defense to the Complaint on file herein, and to each alleged cause of action set down therein, these answering defendants assert that Plaintiffs' claims are preempted by other federal and/or state laws.

## NINETEENTH AFFIRMATIVE DEFENSE

19. For a nineteenth and separate affirmative defense to the Complaint on file herein, and to each alleged cause of action set down therein, these answering defendants assert that any alleged failure by these answering defendants to alter, repair or modify the premises does not give rise to a cause of action by Plaintiffs under the Unruh Act, since the Unruh Act specifically exempts such conduct from the scope of the act.

## TWENTIETH AFFIRMATIVE DEFENSE

20. For a twentieth and separate affirmative defense to the Complaint on file herein, and to each alleged cause of action set down therein, these answering defendants had no duty to modify, alter or repair already existing structures. Accordingly, Plaintiffs' claims as to these answering defendants are barred.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

21. For a twenty-first and separate affirmative defense to the Complaint on file herein, and to each alleged cause of action set down therein, these answering defendants assert they had no duty to provide a higher degree of care for an individual with an alleged disability than for an individual who is not disabled under the circumstances. Accordingly, Plaintiffs' claims as to these answering defendants are barred.

HIGGS, FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

865190.1

12

DEFENDANTS' ANSWER TO COMPLAINT
CASE NO. 08 CV 1039 J (AJB)

### TWENTY-SECOND AFFIRMATIVE DEFENSE

22. For a twenty-second and separate affirmative defense to the Complaint on file herein, and to each alleged cause of action set down therein, these answering defendants assert their alleged policies are facially neutral and are thus not actionable by Plaintiffs.

### TWENTY-THIRD AFFIRMATIVE DEFENSE

23. For a twenty-third and separate affirmative defense to the Complaint on file herein, and to each alleged cause of action set down therein, these answering defendants assert that there have been no alternations, structural repairs, or additions made since the time-frame proscribed by law, and/or any such alleged alterations, structural repairs, or additions were made to areas unrelated to Plaintiffs' claims. Accordingly, Plaintiffs' claims as to these answering defendants are barred.

### TWENTY-FOURTH AFFIRMATIVE DEFENSE

24. For a twenty-fourth and separate affirmative defense to the Complaint on file herein, and to each alleged cause of action set down therein, these answering defendants assert that the requested modifications to these answering defendants' alleged policies, practices and procedures are so drastic as to require these answering defendants to significantly alter the nature of the alleged business. Accordingly, Plaintiffs' claims as to these answering defendants are barred.

### TWENTY-FIFTH AFFIRMATIVE DEFENSE

25. For a twenty-fifth and separate affirmative defense to the Complaint on file herein, and to each alleged cause of action set down therein, these answering defendants assert that the removal of the alleged structural barriers is not readily achievable and, accordingly, Plaintiffs' claims as to these answering defendants are barred.

### TWENTY-SIXTH AFFIRMATIVE DEFENSE

26. For a twenty-sixth and separate affirmative defense to the Complaint on file herein, and to each alleged cause of action set down therein, these answering defendants assert that the cost to modify, alter or restructure was, and is, disproportionate to the cost of the overall alteration and, accordingly, Plaintiffs' claims as to these answering defendants are barred.

HIGGS, FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

865190.1

13

DEFENDANTS' ANSWER TO COMPLAINT
CASE NO. 08 CV 1039 J (AJB)

TWENTY-SEVENTH AFFIRMATIVE DEFENSE

27. For a twenty-seventh and separate affirmative defense to the Complaint on file herein, and to each alleged cause of action set down therein, these answering defendants assert that punitive and/or exemplary damages are so punitive in purpose and effect as to constitute a criminal penalty, entitling these answering defendants to the rights given to these answering defendants in criminal proceedings under the United States and California Constitutions. All procedures and application of California and Federal law in this action which deny these answering defendants such rights including, but limited to, a burden of proof beyond a reasonable doubt, a unanimous jury and the right against self-incrimination, violate these answering defendants' rights under such constitutional provisions.

TWENTY-EIGHTH AFFIRMATIVE DEFENSE

28. For a twenty-eighth and separate affirmative defense to the Complaint on file herein, and to each alleged cause of action set down therein, these answering defendants assert that punitive, treble and/or exemplary damages violate these answering defendants' due process rights and impose an undue burden on interstate commerce, as such protection is provided under the United States and California Constitutions.

TWENTY-NINTH AFFIRMATIVE DEFENSE

29. For a twenty-ninth and separate affirmative defense to the Complaint on file herein, and to each alleged cause of action set down therein, these answering defendants presently have insufficient knowledge or information upon which to form a belief as to whether, as yet unknown, affirmative defenses exist. These answering defendants accordingly reserve the right to assert additional affirmative defenses in the event discovery indicates it would be appropriate.

THIRTIETH AFFIRMATIVE DEFENSE

30. For a thirtieth and separate affirmative defense to the Complaint on file herein, and to each alleged cause of action set down therein, these answering defendants assert Plaintiffs' claims are barred by release and/or novation.

///

///

HIGGS, FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

865190.1

14

DEFENDANTS' ANSWER TO COMPLAINT
CASE NO. 08 CV 1039 J (AJB)

### THIRTY-FIRST AFFIRMATIVE DEFENSE

31. For a thirty-first and separate affirmative defense to the Complaint on file herein, and to each alleged cause of action set down therein, these answering defendants assert that Plaintiffs are not similarly situated to purported class members, are not qualified or competent to serve as class representatives, that there is not the commonality of interests to support a certification of any purported class, and that Plaintiffs have otherwise failed to satisfy the requirements for purposes of class representation and/or certification.

**WHEREFORE**, these answering defendants pray for judgment as follows:

1. That the Complaint be dismissed against these answering defendants with prejudice;

2. That Plaintiffs take nothing by their Complaint, and that judgment be entered in favor of these answering defendants;

3. That Plaintiffs be granted no relief in this action;

4. That these answering defendants be awarded their costs of suit and attorneys' fees incurred therein; and

5. That these answering defendants be awarded such other and further relief as the Court deems just and proper.

### REQUEST FOR JURY TRIAL

By way of this request, these answering defendants respectfully request trial of this matter by jury.

DATED: July 1, 2008         HIGGS, FLETCHER & MACK LLP


By: s/William A. Miller
WILLIAM A. MILLER, ESQ.
E-mail: wmiller@higgslaw.com
Attorneys for Defendants
ZVI, INC. dba D.Z. AKIN'S and AKIN FAMILY TRUST (DATED 5-15-95)

Higgs, Fletcher & Mack LLP
Attorneys At Law
San Diego

865190.1

15

DEFENDANTS' ANSWER TO COMPLAINT
CASE NO. 08 CV 1039 J (AJB)

```
WILLIAM A. MILLER, ESQ. (Bar No. 144637)
HIGGS, FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, California 92101
TEL: (619) 236-1551
FAX: (619) 696-1410

Attorneys for Defendants
ZVI, INC. dba D.Z. AKIN'S and
AKIN FAMILY TRUST (DATED 5-15-95)
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual,<br><br>Plaintiffs,<br><br>v.<br><br>ZVI, INC. d.b.a. D Z AKINS; AKIN FAMILY TRUST, dated 05-15-95; AND DOES 1 THROUGH 10, Inclusive,<br><br>Defendants. | CASE NO. 08 CV 1039 J (AJB)<br><br>**PROOF OF SERVICE**<br><br>CASE FILED:   June 11, 2008<br>TRIAL DATE:   No Date Set |

I, the undersigned, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within-entitled action; my business address is 401 West "A" Street, Suite 2600, San Diego, California 92101-7913. On July 1, 2008, I served the following document(s), with all exhibits (if any):

**ANSWER OF DEFENDANTS ZVI, INC. dba D.Z. AKIN'S and AKIN FAMILY TRUST (DATED 5-15-95) TO PLAINTIFFS' COMPLAINT; REQUEST FOR JURY TRIAL**

☒   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below.

HIGGS, FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

865466.1

PROOF OF SERVICE
CASE NO. 08 CV 1039 J (AJB)

1  ☒  (BY ELECTRONIC FILING): I am familiar with the United States District Court, Southern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

Theodore A. Pinnock, Esq.
David C. Wakefield, Esq.
Michelle L. Wakefield, Esq.
PINNOCK & WAKEFIELD
3033 Fifth Avenue, Suite 410
San Diego, CA 92013

**Attorneys for Plaintiffs**
**OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual**

Tel: (619) 858-3671
FAX: (619) 858-3646
Email:
TheodorePinnock@PionnockWakefiledLaw.com
DavidWakefield@PinnockWakefieldLaw.com
MichelleWakefield@PinnockWakefieldLaw.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on July 1, 2008, at San Diego, California.

MARIA S. IULIANO

---

HIGGS, FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

865466.1

2

PROOF OF SERVICE
CASE NO. 08 CV 1039 J (AJB)