1  **PINNOCK & WAKEFIELD, A.P.C.**
   David C. Wakefield, Esq.      Bar #: 185736
2  Michelle L. Wakefield, Esq.   Bar #: 200424
   7851 Mission Center Ct., Suite 310
3  San Diego, CA  92108
   Telephone: (619) 858-3671
4  Facsimile: (619) 858-3646

5  Attorneys for Plaintiffs

6

7              UNITED STATES DISTRICT COURT

8              SOUTHERN DISTRICT OF CALIFORNIA

9

10 | OUTERBRIDGE ACCESS ASSOCIATION,  | Case No.: 08cv1039 BEN (AJB)
   | SUING ON BEHALF OF DIANE CROSS;  |
11 | and DIANE CROSS, An Individual,  |
   |                                  | **NOTICE OF SETTLEMENT OF**
12 |          Plaintiffs,             | **ENTIRE CASE**
13 |
   |     v.
14 |
   | ZVI, Inc., dba DZ AKINS, AKIN
15 | FAMILY TRUST; AND DOES 1 THROUGH
   | 10, Inclusive,
16 |
17 |
   |          Defendants.
18 |

19
       **THE PLAINTIFFS HEREBY NOTIFY** the Court that Plaintiffs have
20
   reached settlement between all parties in this matter.  Counsel
21
   for Defendants and Plaintiffs are in the process of preparing a
22
   written Release and Settlement Agreement and a Joint Motion to
23
   Dismiss all Defendants and Plaintiffs' Complaint, Case Number
24
   08cv1039 BEN (AJB), with prejudice, in its entirety.
25
       The parties anticipate a Joint Motion to Dismiss shall be
26
   filed within the next 30 days, on the condition that Plaintiffs
27

28

                   1       Case Number: 08cv1039 BEN (AJB)

and Defendants execute the Release and Settlement Agreements and the settlement funds are forwarded to Plaintiffs' counsel.

Respectfully submitted,

Dated: August 15, 2008        **PINNOCK & WAKEFIELD, A.P.C.**

                              By:  s/ David C. Wakefield
                                   David C. Wakefield, Esq.
                                   Michelle L. Wakefield, Esq.
                                   Attorney for Plaintiffs
                                   E-mail: DavidWakefield@
                                   PinnockWakefieldLaw.com

Dated: August 15, 2008        **HIGGS, FLETCHER & MACK LLP**

                              By:  s/ William A. Miller
                                   William A. Miller, Esq.
                                   Attorney for Defendants
                                   E-mail: wmiller@higgslaw.com

**PINNOCK & WAKEFIELD, A.P.C.**
David C. Wakefield, Esq.        Bar #: 185736
Michelle L. Wakefield, Esq.     Bar #: 200424
7851 Mission Center Ct., Suite 310
San Diego, CA  92108
Telephone: (619) 858-3671
Facsimile: (619) 858-3646

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual,<br><br>            Plaintiffs,<br><br>    v.<br><br>ZVI, Inc., dba DZ AKINS, AKIN FAMILY TRUST; AND DOES 1 THROUGH 10, Inclusive,<br><br>            Defendants. | Case No.:  08cv1039 BEN (AJB)<br><br>**PROOF OF SERVICE VIA ECF** |

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

   I am employed in the County of San Diego, State of California.  I am over the age of 18 and not a party to the within action; my business address is 7851 Mission Center Ct., Suite 310, San Diego, California, 92108.

1  On this date, I served the following document(s) described
2  as **NOTICE OF SETTLEMENT OF ENTIRE CASE** on all Defendants in this
3  action:
4  **William A. Miller, Esq.**
   **Higgs, Fletcher & Mack LLP**
5  **401 West "A" Street, Suite 2600**
6  **San Diego, CA 92101**
   **Telephone: (619) 236-1551**
7  **Facsimile: (619) 696-1410**
   **E-mail: wmiller@higgslaw.com**
8  **ATTORNEY FOR DEFENDANTS**
9
10     _X_____ **BY ELECTRONIC SERVICE TRANSMISSION** via the United
11 States District Court, Southern Division of California, Case
12 Management/Electronic Case Files, Filing System.  I served a copy
13 of the above listed document(s) to the e-mail addresses of the
14 addressee(s) by use of email as identified and maintained
15 therein.
16
17 AND/OR BY:
18     _____ placing   _____ the original   _____ a true copy
19 thereof enclosed in sealed enveloped addressed as stated above.
20
21     _____ **BY MAIL:** I am readily familiar with the firm's
22 practice of collection and processing correspondence for mailing.
23 Under that practice, it would be deposited with the U.S. Postal
24 Service on the same day with postage thereon fully prepaid,
25 mailed at San Diego, California, in the ordinary course of
26 business.  I am aware that on motion of the party served, service
27 is presumed invalid if postal cancellation date or postage meter
28

1 | date is more than one day after date of deposit for mailing in
2 | affidavit.
3 |
4 | \_\_\_\_\_ **BY FACSIMILE TRANSMISSION:** From FAX No. (619) 858-3646
5 | to the facsimile numbers listed above on the mailing list. The
6 | facsimile machine I used complied with Rule 6 (e), and no error
7 | was reported by the machine.
8 |
9 | \_\_\_\_\_ **STATE:** I declare under penalty of perjury, under the
10 | laws of the State of California, that the foregoing is true and
11 | correct.
12 | \_\_X\_\_ **FEDERAL:** I declare that I am employed in the office
13 | of a member of the Bar of this Court, at whose direction this
14 | service was made.
15 |
16 | **EXECUTED** on August 15, 2008, at San Diego, California.

_____
Angela Payne